[S. F. No. 825. Department One.—September 15, 1897.]

In the Matter of the Estate of MARTINA CASTRO DE-PEAUX, Deceased.

ESTATES OF DECEASED PERSONS—ORDER REFUSING LETTERS OF ADMINISTRATION—IMPLIED FINDING—INSUFFICIENT BILL OF EXCEPTIONS—APPEAL—EVIDENCE NOT REVIEWABLE.—Where an order refusing letters of administration of the estate of a deceased person is in general terms, it implies a finding against the petitioner upon all the material allegations of the petition; and if there is no specification of insufficiency of the evidence to justify the decision, the appellate court is precluded from looking into the evidence to ascertain its sufficiency to sustain the order.

APPEAL from an order of the Superior Court of Santa Cruz County refusing letters of administration. J. H. Logan, Judge.

The facts are stated in the opinion of the court.

J. F. Utter, A. H. Cohen, and J. J. Scrivner, for Appellant.

William T. Jeter, and Charles B. Younger, for Respondents.

VAN FLEET, J.—Appeal from an order refusing a grant of letters of administration upon the estate of deceased to appellant.

The record presented by appellant does not enable us to review the order of the court below in denying the application for letters. The order is general in terms, implying a finding against petitioner upon all the material allegations of the petition, and there is in the bill of exceptions no specification of insufficiency of the evidence to justify the decision. We are therefore precluded from looking into the evidence to ascertain its sufficiency to sustain the order. (*Winterburn v. Chambers,* 91 Cal. 170, 185.)

Order affirmed.

Harrison, J., and Garoutte, J., concurred.